UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC RYAN HAYDE, | No. 2:23-cv-1131 AC P |
| Plaintiff, | |
| v. | ORDER |
| TAMARA TABER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed September 11, 2023, this case was referred to the court's Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for a period of 120 days. ECF No. 16. That order provided defendant the opportunity to request opting out of the ADR Project based on a good faith belief that a settlement conference would be a waste of resources. Id. at 2. Defendant now requests to opt out of the Post-Screening ADR Project. ECF No. 17. Having reviewed the request, the court finds good cause to grant it.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's request to opt out of the Post-Screening ADR Project (ECF No. 17) is GRANTED.

2. The ADR stay of this action, commencing September 11, 2023 (ECF No. 16) is LIFTED.

1

3. Within twenty-one days of the filing of this order, defendant shall file a response to the complaint.

DATED: November 9, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE