UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC RYAN HAYDE, | No. 2:23-cv-1131 AC P |
| Plaintiff, | |
| v. | ORDER |
| TAMARA TABER, et al., | |
| Defendants. | |

Plaintiff has filed a motion for extension of time to file a response to defendant's answer. ECF No. 21. However, the Federal Rules of Civil Procedure do not contemplate a response to an answer unless ordered by the court. Fed. R. Civ. P. 12(a)(1)(C). This court has not ordered a response to the answer, and any response to the answer will be stricken from the record unless it was ordered filed by the court.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time (ECF No. 21) is DENIED.

DATED: December 28, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE