IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERIC RYAN HAYDE,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TAMARA TABER, et al.,<br><br>　　　　　　　　　Defendants. | No. 2:23-cv-1131 AC P<br><br>[PROPOSED] ORDER RE: EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S PRODUCTION REQUESTS TO DEFENDANT<br><br>Judge:　　　　The Honorable Allison Claire<br>Trial Date:　　None set.<br>Action Filed:　June 13, 2023 |

　　　Defendant Tamara Taber, D.O. filed an Ex Parte Application for an Extension of Time to Respond To Plaintiff's Production Requests To Defendant ("Ex Parte Application"). The court read and considered the Ex Parte Application and supporting documents, and any Opposition filed, if any.

　　　Good cause having been shown, the Court GRANTS the Ex Parte Application for an extension of time (ECF No. 26).

////

////

////

1

ORDER RE: DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF PRODUCTION REQUESTS TO DEFENDANT (2:23-cv-1131 AC (PC))

1  **IT IS SO ORDERED** that the deadline for Defendant Tamara Taber, D.O. to file and serve
2  a response to Plaintiff's Production Requests To Defendant is hereby extended to April 8, 2024.
3  DATED: March 14, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE
2

ORDER RE: DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF PRODUCTION REQUESTS TO DEFENDANT (2:23-cv-1131 AC (PC))