1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     ERIC RYAN HAYDE,                          No.  2:23-cv-1131 AC P

12              Plaintiff,

13         v.                                     ORDER

14     TAMARA TABER, et al.,

15              Defendants.

16

17         By order filed January 22, 2024, the undersigned granted plaintiff's motion to modify the

18  discovery and scheduling order and extended the time to serve discovery requests to March 14,

19  2024, and the time to file motions to compel to May 13, 2024.  ECF No. 24.  Plaintiff has now

20  filed a second motion for an extension of time to serve discovery requests and file a motion to

21  compel.  ECF No. 28.  In his motion, plaintiff states that he was hospitalized from March 13 to

22  March 22, 2024, and then transferred to a different prison yard after he was attacked by his

23  cellmate on March 27, 2024.  Id. at 1-2.  As a result, plaintiff was temporarily separated from his

24  property.  Id. at 2.  He also appears to assert that due to staffing issues, he was unable to access

25  the law library on two of his scheduled days.  Id.

26         The deadline to serve written discovery requests has already been extended once at

27  plaintiff's request, and he has not explained why he was unable to serve requests during the time

28  he has already been provided.  With respect to the request to extend the time to file motions to

1    compel, approximately one month still remains before the current deadline expires, and plaintiff

2    has not explained why the remaining time is insufficient.  The motion will therefore be denied

3    without prejudice to a motion that explains how much additional time plaintiff is seeking, why he

4    requires the additional time, and why the time he has already been provided was not enough.

5           Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time

6    (ECF No. 28) is DENIED without prejudice.

7    DATED: April 16, 2024

8                                                    _____
                                                     ALLISON CLAIRE
9                                                    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2