UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC RYAN HAYDE, | No. 2:23-cv-1131 AC P |
| Plaintiff, | |
| v. | ORDER |
| TAMARA TABER, et al., | |
| Defendants. | |

Plaintiff filed a motion styled as a request for an extension of time to serve further discovery requests. ECF No. 29. However, based on the contents of the motion, it appears that he is instead seeking an additional thirty days to obtain documents and other information necessary to respond to requests served by defendant. Id.

To the extent plaintiff is in fact seeking an extension of time to serve additional discovery requests on defendant, the motion will be denied. Plaintiff has already received one extension of time (ECF No. 24) and has not explained why the time he has already been provided was not sufficient. The request will be granted to the extent he is seeking an extension of time to respond to defendant's discovery requests. Although plaintiff does not identify when his responses are due, he states that he received the requests on March 19, 2024. ECF No. 29 at 3. Assuming the requests were served on March 14, 2024—the deadline for serving written discovery requests—

////

plaintiff's responses are currently due May 2, 2024.[1]  Because extending the deadline by thirty days will make plaintiff's responses due after the deadline for filing motions to compel, the deadline for filing motions to compel will also be extended.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time (ECF No. 29) is GRANTED to the extent that plaintiff shall have until June 3, 2024, to respond to defendant's discovery requests.  The motion is otherwise DENIED.

2.  The May 13, 2024 deadline for filing motions to compel is extended to June 24, 2024.

DATED: April 17, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] The discovery and scheduling order provided that responses to discovery requests are due forty-five days after service.  ECF No. 20 at 5.  The court presumes that plaintiff was served by mail and is therefore entitled to an additional three days to serve his responses.  See Fed. R. Civ. P. 6(d) (where service is by mail, "3 days are added after the period would otherwise expire under Rule 6(a)").

2