1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ERIC RYAN HAYDE,                          No.  2:23-cv-1131 AC P

12               Plaintiff,

13         v.                                    ORDER

14    TAMARA TABER, et al.,

15               Defendants.

16

17         Plaintiff has filed a motion for a thirty-day extension of time to complete discovery.  ECF

18    No. 33.  In addition to various difficulties plaintiff has faced due to his recent release from

19    prison,[1] he asserts that he is still waiting for documents he requested from the prison and for

20    supplemental discovery responses from defendant.  Id.  To the extent plaintiff appears to seek

21    additional time to serve additional discovery requests, the time for doing so has long since passed

22    and he has not established grounds for re-opening that deadline.  However, to the extent plaintiff

23    appears to assert that he is waiting on documents responsive to defendant's requests and

24    defendant's responses to his requests, the motion will be granted.  Because these deadlines have

25    already been extended twice (ECF Nos. 24, 31), no further extensions will be granted absent a

26

27    _____
      [1]  One of the difficulties cited by plaintiff is that he no longer has access to LexisNexis for legal
28    research.  ECF No. 33 at 6.  Plaintiff is advised that many counties operate public law libraries,
      which he should be able to locate through a basic internet search.

1   showing of extraordinary cause.  The court will also extend the dispositive motions deadline

2   accordingly.

3         Accordingly, IT IS HEREBY ORDERED that:

4         1.  Plaintiff's motion for an extension of time (ECF No. 33) is GRANTED to the extent

5   that plaintiff shall have until July 7, 2024, to serve any responses to defendant's discovery

6   requests and the parties shall have until July 29, 2024, to file any necessary motions to compel.

7   The motion is otherwise DENIED.

8         2.  The deadline for filing dispositive motions is extended to September 13, 2024.

9   DATED: June 6, 2024

10                                    _____

11                                    ALLISON CLAIRE
                                      UNITED STATES MAGISTRATE JUDGE