UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC RYAN HAYDE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TAMARA TABER, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-1131 AC P<br><br><br>ORDER |

The parties have filed a stipulated request to extend defendant's time to comply with the October 31, 2024 order partially granting plaintiff's motion to compel.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The parties' stipulated request for an extension of time (ECF No. 47) is GRANTED;

2. Defendant shall have until December 6, 2024, to comply with the October 31, 2024 order (ECF No. 44); and

3. Plaintiff shall have until December 23, 2024, to file any necessary motion for sanctions if defendant fails to comply with this order.

DATED: December 2, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE