IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ERIC RYAN HAYDE,**<br><br>Plaintiff,<br><br>v.<br><br>**TAMARA TABER, et al.,**<br><br>Defendants. | 2:23-cv-1131 AC P<br><br>**[PROPOSED]~~ ORDER RE: EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S SANCTIONS MOTION**<br><br>Judge:      The Honorable Allison Claire<br>Trial Date:  None set.<br>Action Filed:  June 13, 2023 |

Defendant Tamara Taber, D.O. filed an Ex Parte Application for an Extension of Time to File an Opposition to Plaintiff's Sanctions Motion ("Ex Parte Application"). The Court read and considered the Ex Parte Application and supporting documents, and any Opposition filed, if any.

Good cause having been shown, the Court GRANTS the Ex Parte Application for an extension of time (ECF No. 59).

**IT IS SO ORDERED** that the deadline for Defendant Tamara Taber, D.O. to file and serve an Opposition to Plaintiff's Sanctions Motion is hereby extended to February 13, 2025.

DATED: February 6, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE