UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC RYAN HAYDE, | No. 2:23-cv-1131 AC P |
| Plaintiff, | |
| v. | ORDER |
| TAMARA TABER, et al., | |
| Defendants. | |

Defendant has filed a request for an extension of time to file a motion for summary judgment. ECF No. 64. In light of plaintiff's pending motion for sanctions, which is still being briefed and could affect briefing on a motion for summary judgment if granted, the dispositive motions deadline will be vacated and re-set once the motion for sanctions has been resolved. Plaintiff has also filed a request for an extension of time to reply in support of his motion for sanctions. ECF No. 66. Good cause appearing, the motion will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The deadline for filing dispositive motions is VACATED and will be re-set upon resolution of the pending motion for sanctions;

2. Defendant's motion for an extension of time (ECF No. 64) is DENIED as moot;

3. Plaintiff's motion for an extension of time (ECF No. 66) is GRANTED; and

////

1

4. Plaintiff shall have twenty-one days from the service of this order to file a reply in support of his motion for sanctions.

DATED: March 19, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE